# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2019

## NO. 03-19-00498-CR

**The State of Texas, Appellant**

**v.**

**Irwin Pentland, Appellee**

### APPEAL FROM THE 427TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
### DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE SMITH

This is an appeal from the order entered by the trial court on July 12, 2019. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.